1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHANBUNTHAIT PROEUNG,

11          Petitioner,                    No. CIV S-02-0626 GEB JFM P

12      vs.

13   GEORGE M. GALAZA, Warden,

14          Respondent.               ORDER

15   _____/

16          On February 16, 2006, petitioner filed a notice of change of address.  That

17   document was not served on respondents.  Petitioner is advised that every document submitted to

18   the court for consideration must be served on respondents.  Fed. R. Civ. P. 5; Rule 11, 28 U.S.C.

19   § 2254.  As a prisoner proceeding pro se, petitioner is required to serve all documents in this

20   action conventionally in accordance with the relevant provisions of Fed. R. Civ. P. 5.  See Local

21   Rule 5-135(b).  Since an attorney has filed a document with the court on behalf of respondents,

22   documents submitted by petitioner must be served on that attorney and not on the respondents.

23   Fed. R. Civ. P. 5(b)(1).  Conventional service is usually accomplished by mailing a copy of the

24   document to the attorney's address of record.  See Fed. R. Civ. P. 5(b)(2)(B).  Petitioner must

25   include with every document filed in this action  a certificate stating the date an accurate copy of

26   /////

1

1 the document was mailed to respondents' attorney and the address to which it was mailed.  See

2 Local Rule 5-135(b) and (c).

3         Accordingly, IT IS HEREBY ORDERED that petitioner's February 16, 2006

4 notice of change of address has been noted in the court record.  However, petitioner is cautioned

5 that failure to properly serve any documents subsequently filed in this action, and failure to

6 include a proper certificate of service with such filing, may result in a recommendation that this

7 action be dismissed.

8 DATED: March 6, 2006.

9

10              UNITED STATES MAGISTRATE JUDGE

11

12 /mp;001; proe0626.35ch

13

14

15

16

17

18

19

20

21

22

23

24

25

26